# EXHIBIT A

**Exhibit A: Each Party's Proposed Construction of Disputed Terms and Supporting Evidence**

| No. | Term with Patent & Claims(s) | Proposed Constructions and Support |
|---|---|---|
| 1 | "merchant"<br><br>'236: Claims 1, 5, 10, 12 | **Plaintiff's Construction:** Plain and ordinary meaning (no construction necessary). Alternatively, "provider of a good or service"<br><br>**Plaintiff's Intrinsic Support**<br><br>Provisional Application, at §§ 1, 3, 4.<br><br>U.S. Patent No. 8,589,236 ("'236 Patent"), claims 1, 2, 3, 4, 5, 8, 10, 12, 13, 14<br><br>'236 Patent: Abstract, Figs. 1, 2, 4, 5, 6, 7, 8, 10.<br><br>'236 Patent Specification: 1:18–34, 1:48–65, 2:10–3:28, 5:55–6:21, 6:56–7:16, 7:54–8:8, 8:17–31, 9:13–19, 9:35–39, 10:21–41, 10:10-41, 10:59-63, 12:62–13:13, 13:33–44, 14:1–16, 14:38–46, 16:62–17:6, 20:20–27, 20:38–61<br><br>File History of Application No. 12/906,989 ("'236 FH"): "Documents Submitted With 371 (National Stage) Applications," Sept. 19, 2011; "Applicant Arguments/Remarks Made in an Amendment," Jan. 22, 2013, Aug. 8, 2013<br><br>File History of Application No. 14/082,425 ("'058 FH"): "Applicant Arguments/Remarks Made in an Amendment"; December 23, 2014, September 12, 2016, April 9, 2018, July 19, 2019; "Appeal Brief," August 29, 2017<br><br>**Plaintiff's Extrinsic Support**<br><br>The definition of "merchant" from published, publicly available, dictionaries prior to 2010. *See, e.g.*, *The Oxford English Dictionary* (Vol. VI 1933), *A Dictionary of American English on Historic Principles* (Vol. III 1942), *The American Heritage Dictionary of the English Language* (4th ed. 2001), PUBLIC-001580; *Merriam-Webster's Collegiate Dictionary* (11th ed. 2003), PUBLIC-001583; |

**Exhibit A: Each Party's Proposed Construction of Disputed Terms and Supporting Evidence**

| No. | Term with Patent & Claims(s) | Proposed Constructions and Support |
|---|---|---|
| | | *Oxford American Dictionary* (1980), PUBLIC-001586; *Webster's New World College Dictionary* (11th ed. 2003), PUBLIC-001586 (4th ed. 2002), *Dictionary of e-Business* (2d ed. 2003), Hossein Bidgoli., *The Internet Encyclopedia* (Vol. 3 2004)<br><br>Then, publicly available, publications discussing electronic payments. *See, e.g.*, 2004 IRS Cumulative Bulletin (2004-2 C.B.) at pp. 124-135, discussing Rev. Proc. 2004-43 (providing examples of merchants), *available at* https://www.govinfo.gov/app/details/GOVPUB-T22-6901116c06b4327189aad2ac8241d394/summary; Finlay, S., *Consumer Credit Fundamentals* (2005) at p. 66; Huang, W., Wang, Y., & Day, J., *Global Mobile Commerce* (2007) at pp. 35-36; Téllez, J., & Zeadally, S., *Mobile Payment Systems* (2017) at p. 16-17. |
| | | **Defendant's Construction:** "retailer where the transaction is conducted"<br><br>**Defendant's Intrinsic Support**<br><br>'236 Specification: 1:18-34; 1:35-47; 1:48-56; 1:57-65; 1:66-2:6; 6:4-21; 9:1-19<br><br>'236 FH: "Sept. 19, 2011 Documents Submitted With 371 (National Stage) Applications"<br><br>'058 FH: "Sept. 12, 2016 Applicant Arguments"; "Aug. 29, 2017 Appeal Brief" at 4-9; "April 9, 2018 Applicant Arguments"; "July 19, 2019 Applicant Arguments"<br><br>'236 Askeladden IPR: "March 28, 2022 Patent Owner Preliminary Response" at 2-6, 34-39<br><br>'058 Askeladden IPR: "March 28, 2022 Patent Owner Preliminary Response" at 2-6, 34-39<br><br>**Defendant's Extrinsic Support** |

**Exhibit A: Each Party's Proposed Construction of Disputed Terms and Supporting Evidence**

| No. | Term with Patent & Claims(s) | Proposed Constructions and Support |
|---|---|---|
|  |  | Excerpts from common dictionaries that were published and readily-available to the public at least as of October 19, 2009.  *See*, *e.g.*, PUBLIC-001580 – PUBLIC-001591. |
| 2 | "terminal"<br><br>'236: Claims 1, 2, 5, 14<br>'058: Claims 1, 13, 14 | **Plaintiff's Construction:** Plain and ordinary meaning (no construction necessary).  Alternatively, "an electronic device connected to a network that is specialized by its hardware and/or software to facilitate a payment transaction"<br><br>**Plaintiff's Intrinsic Support**<br><br>Provisional Application, at §§ 1, 2, 3, 4.<br><br>'236 Patent, claims 1, 2, 5, 14<br><br>U.S. Patent No. 10,535,058 ("'058 Patent"), claims 1, 2, 7, 11, 13, 14, 15<br><br>'236 Patent: Abstract, Figs. 1, 2, 4, 5, 6, 8, 10.<br><br>'236 Patent Specification: 1:18–34, 2:10–3:9, 5:55–6:3, 6:4–21, 7:64–8:8, 8:9–31, 10:21–41, 12:62–13:13, 13:33–43, 14:1–16, 14:65–15-21, 15:32–54, 16:48–17:6, 19:44–57, 20:37–61.<br><br>'236 FH: "Documents Submitted With 371 (National Stage) Applications," Sept. 19, 2011; "Applicant Arguments/Remarks Made in an Amendment," Jan. 22, 2013, Aug. 8, 2013<br><br>'058 FH: "Applicant Arguments/Remarks Made in an Amendment"; December 23, 2014, September 12, 2016, April 9, 2018, July 19, 2019; "Appeal Brief," August 29, 2017<br><br>**Defendant's Construction:** "a point-of-sale terminal" |

**Exhibit A: Each Party's Proposed Construction of Disputed Terms and Supporting Evidence**

| No. | Term with Patent & Claims(s) | Proposed Constructions and Support |
|---|---|---|
| | | **Defendant's Intrinsic Support**<br><br>'236 Specification: 1:18-34; 1:66-2:6; 2:48-3:3; 5:55-6:3; 6:4-21; 7:64-8:8; 8:9-31; 14:1-16<br><br>'236 FH: "Jan. 22, 2013 Applicant Arguments"; "Aug. 8, 2013 Applicant Arguments"<br><br>'058 FH: "Dec. 8, 2015 Appeal Brief" at 8-12, 15-18; "Aug. 29, 2017 Appeal Brief" at 5-7, 9-15<br><br>'236 Askeladden IPR: "March 28, 2022 Patent Owner Preliminary Response" at 2-6, 17-18, 27-29, 34-39<br><br>'058 Askeladden IPR: "March 28, 2022 Patent Owner Preliminary Response" at 2-6, 17-18, 27-29, 34-39 |
| 3 | "a request to initiate a transaction"<br>'236: Claim 1<br>'058: Claim 1 | **Plaintiff's Construction:** Plain and ordinary meaning (no construction necessary)<br><br>**Plaintiff's Intrinsic Support**<br>Provisional Application, at §§ 1, 2, 3, 4.<br><br>'236 Patent, claims 1, 8, 10, 12, 14<br><br>'058 Patent, claims 1, 7, 8, 10<br><br>Abstract, Figs. 1, 2, 4, 7, 8, 9, 10, 11.<br><br>1:18–34, 2:10–3:3, 5:55–8:27, 9:28–49, 10:21–41, 12:62–13:13, 14:1–64, 14:65–15:21, 16:23–17:14, 17:18–18:9, 18:10–45, 20:12–61 |

**Exhibit A: Each Party's Proposed Construction of Disputed Terms and Supporting Evidence**

| No. | Term with Patent & Claims(s) | Proposed Constructions and Support |
|---|---|---|
| | | '236 FH: "Documents Submitted With 371 (National Stage) Applications," Sept. 19, 2011; "Applicant Arguments/Remarks Made in an Amendment," Jan. 22, 2013, Aug. 8, 2013<br><br>'058 FH: "Applicant Arguments/Remarks Made in an Amendment"; December 23, 2014, September 12, 2016, April 9, 2018, July 19, 2019; "Appeal Brief," August 29, 2017 |
| | | **Defendant's Construction:** "a request to initiate a transaction for a known or readily ascertainable amount"<br><br>**Defendant's Intrinsic Support**<br><br>'236 Specification: 1:18-34; 8:9-31; 14:1-16<br><br>'236 FH: "Jan. 22, 2013 Applicant Arguments"; "Mar. 26, 2013 Final Rejection"; "Aug. 8, 2013 Applicant Arguments"; "Aug. 8. 2013 Claims"; "Sept. 27, 2013 Notice of Allowance"<br><br>'058 FH: "Sept. 12, 2016 Applicant Arguments"; "Aug. 29, 2017 Appeal Brief" at 4-9; "Apr. 9, 2018 Applicant Arguments"; "July 19, 2019 Applicant Arguments" |
| 4 | "terminal account"<br><br>'058: Claim 1 | **Plaintiff's Construction:** Plain and ordinary meaning (no construction necessary)<br><br>**Plaintiff's Intrinsic Support**<br>Provisional Application, at §§ 1, 2, 3, 4.<br><br>'236 Patent, Abstract, Figs. 1, 2, 4, 5, 7, 8, 9, 11.<br><br>'058 Patent, claims 1, 3, 5, 6, 7, 11, 12 |

**Exhibit A: Each Party's Proposed Construction of Disputed Terms and Supporting Evidence**

| No. | Term with Patent & Claims(s) | Proposed Constructions and Support |
|---|---|---|
|  |  | '236 Patent Specification: 1:35–47, 2:48–3:3, 3:4–28, 5:55–6:3, 7:5–16, 7:64–8:8, 8:9–67, 9:1–27, 10:10–20, 10:21–41, 12:62–13:12, 13:44–67, 14:65—15:21, 16:48–17:6, 17:18–18:9, 18:38–45, 18:54–19:9, 20:12–61<br><br>'236 FH: "Documents Submitted With 371 (National Stage) Applications," Sept. 19, 2011; "Applicant Arguments/Remarks Made in an Amendment," Jan. 22, 2013, Aug. 8, 2013<br><br>'058 FH: "Applicant Arguments/Remarks Made in an Amendment"; December 23, 2014, September 12, 2016, April 9, 2018, July 19, 2019; "Appeal Brief," August 29, 2017 |
|  |  | **Defendant's Construction:** "an account of the retailer that operates the terminal"<br><br>**Defendant's Intrinsic Support**<br><br>'236 Specification: 10:10-20<br><br>'058 FH: "Nov. 18, 2013 Claims"; "June 3, 2014 Preliminary Amendment"; "Dec. 23, 2014 Applicant Arguments"; "Dec. 8, 2015 Appeal Brief" at 2-3; "Aug. 29, 2017 Appeal Brief" at 2-9 |